THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Select Portfolio Servicing, Inc.; Wells Fargo Bank,
N.A., as Trustee, for the Certificate Holders of
Asset-Backed Pass-Through Certificates, Series
2004-WCW2
(erroneously sued as "Select Portfolio Servicing"
and "Wells Fargo Bank")

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARY K. SCHERBAK,<br><br>Plaintiff,<br><br>v.<br><br>THE WOLF LAW FIRM, a California partnership; SELECT PORTFOLIO SERVICING, a Utah corporation; WELLS FARGO BANK, a nationally banking association; BANK OF AMERICA, a nationally banking association; BLACK AND WHITE INDIVIDUAL DOE DEFENDANTS 1-10; BLACK AND WHITE CORPORATE DOE DEFENDANTS 1-10,<br><br>Defendant. | Case No. 2:17-cv-01521-JAM-CKD<br><br>JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED
COMPLAINT
94080599.1 0052161-04769

-1-

2:17-CV-01521-JAM-CKD

# STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

This stipulation is entered into by the undersigned counsel for Plaintiff Mary K. Scherbak ("Plaintiff"), the undersigned counsel for Defendants Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("the Trust"), and the undersigned counsel for Defendant Bank of America ("BofA") (collectively, the "Parties").

WHEREAS, Plaintiff filed her Complaint on July 6, 2017, in the Alpine County Superior Court.

WHEREAS, the matter was removed to the Eastern District of California on July 21, 2017.

WHEREAS, Plaintiff filed a First Amended Complaint on August 12, 2017.

WHEREAS, SPS, the Trust, and BofA's responses are currently due September 11, 2017.

WHEREAS, counsel for Plaintiff has agreed to a thirty (30) day extension for SPS, the Trust, and BofA to respond to Plaintiff's First Amended Complaint.

NOW THEREFORE, the Parties hereby stipulate and agree that SPS, the Trust, and BofA's time to respond to the Complaint is extended to and through October 11, 2017.

IT IS HEREBY STIPULATED.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
-2-
2:17-CV-01521-JAM-CKD

94080599.1 0052161-04769

DATED: September 12, 2017

STOEL RIVES LLP

By: /s/ Tiffanie C. de la Riva
    THOMAS A. WOODS
    TIFFANIE C. DE LA RIVA
    Attorneys for Defendants
    Select Portfolio Servicing, Inc.; Wells
    Fargo Bank, N.A., as Trustee, for the
    Certificate Holders of Asset-Backed Pass-
    Through Certificates, Series 2004-WCW2
(erroneously sued as "Select Portfolio
Servicing" and "Wells Fargo Bank")

DATED: September 12, 2017

By: /s/ Jane Luciano (as authorized on 9/12/17)
    JANE LUCIANO
    Attorney for Plaintiff
    Mary K. Scherbak

DATED: September 12, 2017

SEVERSON & WERSON

By: /s/ Will Asinpwall (as authorized on 9/12/17)
    WILL ASPINWALL
    Attorneys for Defendant
    Bank of America

## **ORDER**

Pursuant to the terms of the foregoing Stipulation, Defendants SPS, Wells Fargo as Trustee, and BofA's deadline to respond to Plaintiff's First Amended Complaint is extended to and through October 11, 2017.

Dated: __9/12/17_    /s/ John A. Mendez_____
    U. S. DISTRICT COURT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
-3-
2:17-CV-01521-JAM-CKD

94080599.1 0052161-04769