THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
TIFFANIE C. DE LA RIVA (SB #309092)
tiffanie.delariva@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Select Portfolio Servicing, Inc.; Wells Fargo Bank,
N.A., as Trustee, for the Certificate Holders of
Asset-Backed Pass-Through Certificates, Series
2004-WCW2
(erroneously sued as "Select Portfolio Servicing"
and "Wells Fargo Bank")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY K. SCHERBAK,<br><br>    Plaintiff,<br><br>v.<br><br>THE WOLF LAW FIRM, a California partnership; SELECT PORTFOLIO SERVICING, a Utah corporation; WELLS FARGO BANK, a nationally banking association; BANK OF AMERICA, a nationally banking association; BLACK AND WHITE INDIVIDUAL DOE DEFENDANTS 1-10; BLACK AND WHITE CORPORATE DOE DEFENDANTS 1-10,<br><br>    Defendant. | Case No. 2:17-cv-01521-JAM-CKD<br><br>FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
94382811.1 0052161-04769

-1-

2:17-CV-01521-JAM-CKD

# STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

This stipulation is entered into by the undersigned counsel for Plaintiff Mary K. Scherbak ("Plaintiff") and the undersigned counsel for Defendants Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("the Trust"), (collectively, the "Parties").

WHEREAS, Plaintiff filed her Complaint on July 6, 2017, in the Alpine County Superior Court.

WHEREAS, the matter was removed to the Eastern District of California on July 21, 2017.

WHEREAS, Plaintiff filed a First Amended Complaint on August 12, 2017.

WHEREAS, the parties and defendant Bank of America filed a joint stipulation to extend their time to respond to Plaintiff's First Amended Complaint on September 12, 2017.

WHEREAS, SPS, the Trust, and BofA's responses are currently due October 11, 2017.

WHEREAS, counsel for Plaintiff has agreed to a thirty (30) day extension for SPS and the Trust to respond to Plaintiff's First Amended Complaint. Good cause exists as parties continue to work towards resolution of the action.

NOW THEREFORE, the Parties hereby stipulate and agree that SPS and the Trust's time to respond to the Complaint is extended to and through November 10, 2017.

IT IS HEREBY STIPULATED.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
94382811.1 0052161-04769

-2-

2:17-CV-01521-JAM-CKD

DATED: October 11, 2017

                                                          STOEL RIVES LLP

By: /s/ Tiffanie C. de la Riva
    THOMAS A. WOODS
    TIFFANIE C. DE LA RIVA
    Attorneys for Defendants
    Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 (erroneously sued as "Select Portfolio Servicing" and "Wells Fargo Bank")

DATED: October 11, 2017

By: /s/ Jane Luciano (as authorized on 10/11/17)
    JANE LUCIANO
    Attorney for Plaintiff
    Mary K. Scherbak

## **ORDER**

Pursuant to the terms of the foregoing Stipulation, Defendants SPS and Wells Fargo as Trustee's deadline to respond to Plaintiff's First Amended Complaint is extended to and through November 10, 2017.

Dated: __10/16/2017_____

                                        /s/ John A. Mendez
                                        JUDGE OF THE U. S. DISTRICT COURT