1  MARK JOSEPH KENNEY (State Bar No. 87345)
   WILLIAM A. ASPINWALL (State Bar No. 308919)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  BANK OF AMERICA, N.A.

7

8                   UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

10

11 | MARY K. SCHERBAK,                      | Case No. 17-cv-01521
12 |          Plaintiff,                    | **ORDER ON STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A. WITHOUT PREJUDICE**
13 |     vs.                                |
14 | THE WOLF LAW FIRM, a California        | Filed concurrently with Stipulation
   | partnership; SELECT PORTFOLIO
15 | SERVICING, a Utah corporation; WELLS   | Action Filed:   July 21, 2017
   | FARGO BANK, a nationally banking       | Trial Date:     None Set
16 | association; BANK OF AMERICA, a national
   | banking association; BLACK AND WHITE
17 | INDIVIDUAL DOE DEFENDANTS 1-10;
   | BLACK AND WHITE CORPORATE DOE
18 | DEFENDANTS 1-10,
19 |          Defendants.

70000.3101/10895666.1

[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A. WITHOUT PREJUDICE

1       The Court, having duly considered the stipulation of the parties, and good cause appearing, hereby orders as follows:

      1.     Defendant Bank of America, N.A. is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

DATED: 10/16/2017

                                        /s/ John A. Mendez

                                        United States District Court Judge