| | |
|---|---|
| 1 | THOMAS A. WOODS (SB #210050) |
| | thomas.woods@stoel.com |
| 2 | TIFFANIE C. DE LA RIVA (SB #309092) |
| | tiffanie.delariva@stoel.com |
| 3 | STOEL RIVES LLP |
| | 500 Capitol Mall, Suite 1600 |
| 4 | Sacramento, CA 95814 |
| | Telephone: 916.447.0700 |
| 5 | Facsimile: 916.447.4781 |

Attorneys for Defendants
Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2
(erroneously sued as "Select Portfolio Servicing" and "Wells Fargo Bank")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY K. SCHERBAK, | Case No. 2:17-cv-01521-JAM-CKD |
| Plaintiff, | |
| v. | FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |
| THE WOLF LAW FIRM, a California partnership; SELECT PORTFOLIO SERVICING, a Utah corporation; WELLS FARGO BANK, a nationally banking association; BANK OF AMERICA, a nationally banking association; BLACK AND WHITE INDIVIDUAL DOE DEFENDANTS 1-10; BLACK AND WHITE CORPORATE DOE DEFENDANTS 1-10, | |
| Defendant. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
94926423.1 0052161-04769
-1-
2:17-CV-01521-JAM-CKD

## STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

This stipulation is entered into by the undersigned counsel for Plaintiff Mary K. Scherbak ("Plaintiff") and the undersigned counsel for Defendants Select Portfolio Servicing, Inc. ("SPS") and Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("the Trust"), (collectively, the "Parties").

WHEREAS, Plaintiff filed her Complaint on July 6, 2017, in the Alpine County Superior Court.

WHEREAS, the matter was removed to the Eastern District of California on July 21, 2017.

WHEREAS, Plaintiff filed a First Amended Complaint on August 12, 2017.

WHEREAS, the parties and defendant Bank of America filed a joint stipulation to extend their time to respond to Plaintiff's First Amended Complaint on September 12, 2017.

WHEREAS, the parties filed a further joint stipulation to extend the time to respond to Plaintiff's First Amended Complaint on October 11, 2017.

WHEREAS, the parties filed a further joint stipulation to extend the time to respond to Plaintiff's First Amended Complaint on November 10, 2017.

WHEREAS, SPS and the Trust's responses are currently due December 1, 2017.

WHEREAS, counsel for Plaintiff has agreed to a fourteen (14) day extension for SPS and the Trust to respond to Plaintiff's First Amended Complaint. Good cause exists as parties continue to work towards resolution of the action.

NOW THEREFORE, the Parties hereby stipulate and agree that SPS and the Trust's time to respond to the Complaint is extended to and through December 15, 2017.

IT IS HEREBY STIPULATED.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT   -2-   2:17-CV-01521-JAM-CKD
94926423.1 0052161-04769

DATED: December 1, 2017

STOEL RIVES LLP

By: /s/ Tiffanie C. de la Riva
THOMAS A. WOODS
TIFFANIE C. DE LA RIVA
Attorneys for Defendants
Select Portfolio Servicing, Inc.; Wells Fargo Bank, N.A., as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 (erroneously sued as "Select Portfolio Servicing" and "Wells Fargo Bank")

DATED: December 1, 2017

By: /s/ Jane Luciano (as authorized on 12/1/2017)
JANE LUCIANO
Attorney for Plaintiff
Mary K. Scherbak

## **ORDER**

Pursuant to the terms of the foregoing Stipulation, Defendants SPS and Wells Fargo as Trustee's deadline to respond to Plaintiff's First Amended Complaint is extended to and through December 15, 2017.

Dated: 12/4/2017

/s/ John A. Mendez
United States District Court Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT
-3-
2:17-CV-01521-JAM-CKD

94926423.1 0052161-04769