Jane Luciano Esq.
California State Bar Number 124263
9000 Crow Canyon Road Suite S#168
Danville, CA 94506
(925) 216-6030
jane-luciano@comcast.net

Attorney for Mary Scherbak

UNITED STATES DISTRIC COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

MARY K. SCHERBAK,

Plaintiff

v.                                           Case No. 17-cv-01521

THE WOLF LAW FIRM, a California partnership      JOINT STIPULATION TO ALLOW
SELECT PORTFOLIO SERVICING,                      FILING OF SECOND AMENDED
a Utah corporation                               COMPLAINT PURSUANT TO
WELLS FARGO BANK,                                FRCP 15 (a) (2) AND IN LIEU OF
a nationally banking association                 PLAINTIFF'S OPPOSITION TO
BLACK AND WHITE INDIVIDUAL                       DEFENDANTS' MOTION TO
DOE DEFENDANTS 1-10                              DISMISS
BLACK AND WHITE CORPORATE
DOE DEFENDANTS 1-10

Defendants

[PLEADING TITLE] - 1

## STIPULATION TO ALLOW THE FILING OF THE SECOND AMENDED COMPLAINT PURUSANT TO FRCP 15 (a) (2) AND IN LIEU OF THE FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

This stipulation is entered into by the undersigned counsel for Plaintiff Mary K. Scherbak ('Plaintiff'), the undersigned counsel for Defendants Select Portfolio Servicing Inc. ('SPS') and Wells Fargo Bank, N.A. as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("the Trust") and hereinafter referred to collectively as the ("Parties'). Defendant Bank of America has been dismissed.

Defendants have filed a FRCP 12 (b) Motion to Dismiss Plaintiff's First Amended Complaint, which is set for hearing on March 13, 2018. The Parties have reached a stipulation to allow Plaintiff to file her Second Amended Complaint pursuant to FRCP 15 (a) (2). Said Second Amended Complaint shall be filed in lieu of Plaintiff filling an Opposition to Defendants FRCP 12 (b) Motion to Dismiss.

The Parties further stipulate that the Second Amended Complaint will be filed and served within 7 days of the receipt of the executed Court Order. Defendants' responsive pleading shall be filed and served within 30 days of the service of the Second Amended Complaint.

IT IS HEREBY STIPULATED.

DATED: February 20, 2018        BY: /s/Jane Luciano/s/
                                     JANE LUCIANO
                                     Attorney for Plaintiff


DATED: February 20, 2018        BY: /s/Tiffanie C. De La Riva/s/
                                     THOMAS A. WOOD
                                     TIFFANIE C. DE LA RIVA
                                     Attorneys for Defendants
                                     Select Portfolio Servicing, Inc.; Wells
                                     Fargo Bank, N.A., as Trustee, for Certificate Holders
                                     of Asset-Backed Pass-Through Certificates,
                                     Series 2004-WCW2

## **ORDER**

Pursuant to FRCP 15 (a) (2) and the terms of the foregoing Stipulation, Plaintiff shall file and serve the Second Amended Complaint within 7 days of receipt of the executed Order in lieu of filing an Opposition to Defendants pending FRCP 12 (b) Motion to Dismiss. Defendants' responsive pleading shall be filed and served within 30 days of service of the Second Amended Complaint.

IT IS SO ORDERED:

Dated: 2/20/2018                        /s/ John A. Mendez
                                        U. S. DISTRICT COURT JUDGE

[PLEADING TITLE] - 3