Jane Luciano Esq.
California State Bar Number 124263
9000 Crow Canyon Road Suite S#168
Danville, CA 94506
(925) 216-6030
jane-luciano@comcast.net

Attorney for Mary Scherbak

UNITED STATES DISTRIC COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

MARY K. SCHERBAK,

Plaintiff

v.

THE WOLF LAW FIRM, a California partnership
SELECT PORTFOLIO SERVICING,
a Utah corporation
WELLS FARGO BANK,
a nationally banking association
BLACK AND WHITE INDIVIDUAL
DOE DEFENDANTS 1-10
BLACK AND WHITE CORPORATE
DOE DEFENDANTS 1-10

Defendants

Case No. 17-cv-01521

JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

[PLEADING TITLE] - 1

## STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS CURRENTLY SET FOR MAY 8, 2018 TO MAY 22, 2018.

This stipulation is entered into by the undersigned counsel for Plaintiff Mary K. Scherbak ('Plaintiff'), the undersigned counsel for Defendants Select Portfolio Servicing Inc. ('SPS') and Wells Fargo Bank, N.A. as Trustee, for the Certificate Holders of Asset-Backed Pass-Through Certificates, Series 2004-WCW2 ("the Trust") and hereinafter referred to collectively as the ("Parties'). Defendant Bank of America has been dismissed.

Defendants have filed a FRCP 12 (b) Motion to Dismiss Plaintiff's Second Amended Complaint, which is currently set for hearing on May 8, 2018. After confirming the court's availability, the Parties have reached a stipulation to continue the hearing date on the aforementioned motion to May 22, 2018 at 1:30 pm. Briefing schedule will be in accordance with Local Rule 230.

IT IS HEREBY STIPULATED.

DATED: April 5, 2018    BY: /s/Jane Luciano/s/
                            JANE LUCIANO
                            Attorney for Plaintiff


DATED: April 5 , 2018   BY: /s/Tiffanie De La Riva/s/
                            THOMAS A. WOOD
                            TIFFANIE C. DE LA RIVA
                            Attorneys for Defendants
                            Select Portfolio Servicing, Inc.; Wells
                            Fargo Bank, N.A., as Trustee, for Certificate Holders
                            of Asset-Backed Pass-Through Certificates,
                            Series 2004-WCW2

[PLEADING TITLE] - 2

## ~~[PROPOSED]~~ ORDER

Pursuant to the joint stipulation filed herein, the hearing date on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint currently set for May 8, 2018 is vacated and the hearing date is continued to May 22, 2018 at 1:30 pm.

IT IS SO ORDERED:

Dated: 4-6-2018         By: _____
                            JUDGE OF THE DISTRICT COURT

[PLEADING TITLE] - 3